**Dismiss and Opinion Filed September 1, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00581-CV

### SIMON MENGELE, Appellant
### V.
### UNITED TOWS, LLC AND HENRY MILLER, Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-17-06296-A**

## MEMORANDUM OPINION
Before Justices Schenck, Molberg, and Nowell
Opinion by Justice Molberg

Appellant's amended brief is overdue. By order May 12, 2020, we granted appellant's motion to extend time to file his amended brief, and ordered appellant to file his amended brief no later than May 27, 2020. In that order, we noted that the appeal has been pending for over a year, and that appellant has had more than eight months to file a brief that complies with the appellate rules. We informed appellant that "failure to file the brief will result in dismissal without further notice." To date, appellant has not filed an amended brief, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  See Tex. R. App. P. 42.3(b)(c).


190581f.p05                              /Ken Molberg//
                                         KEN MOLBERG
                                         JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SIMON MENGELE, Appellant

No. 05-19-00581-CV     V.

UNITED TOWS, LLC AND
HENRY MILLER, Appellees

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-17-06296-
A.
Opinion delivered by Justice
Molberg. Justices Schenck and
Nowell participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 1st day of September, 2020.